◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO ROMERO, Appellant. [49 NYS3d 324]—Motion for reargument is granted and, upon reargument, the memorandum and order entered February 10, 2017 (147 AD3d 1490 [2017]) is amended by adding the words "testimony regarding" between the words "evidence of" and "a purported threatening letter" in the first sentence of the third paragraph of the memorandum; and by deleting the words "the letter" from the second sentence of the third paragraph of the memorandum and substituting the words "that testimony." Present—Centra, J.P., Lindley, NeMoyer, Curran and Troutman, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTONIO COLE, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [49 NYS3d 324]—Motion for leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, DeJoseph, Curran and Scudder, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN C. LOPEZ, Appellant. [50 NYS3d 899]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from a Judgment of Ontario County Court, Frederick G. Reed, J.—Criminal Sale of a Controlled Substance, Third Degree.) Present—Whalen, P.J., Smith, Carni, Lindley and NeMoyer, JJ.